UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,                                               Case No. 1:24-mj-327

v.                                                           Hon. Ray Kent

LEO BERRY,

      Defendant.
_____/

## ORDER REGARDING DETENTION

On August 8, 2023, an indictment was filed against the defendant, Leo Berry, in the District of New Mexico. By Order of the court, defendant was placed under pretrial release supervision on September 22, 2024 (ECF No. 36, Case No.: 1:23-cr-1224, District of New Mexico). On February 2, 2024, the court modified the conditions of release to allow for the defendant to reside in Covert, Michigan (ECF No. 53, Case No. 1:23-cr-1224, District of New Mexico) and be supervised by a pretrial services officer in the Western District of Michigan. On July 27, 2024, the defendant was arrested for allegedly violating conditions of his pretrial release in Berrien County, Michigan.

Defendant appeared before me in the present case on August 9, 2024, and August 14, 2024, and elected to hold preliminary and detention hearings in the Western District of Michigan. I found probable cause to believe that the defendant committed a felony offense while on pretrial release and ordered defendant be detained pending transfer to the District of New Mexico for further proceedings.

2

**IT IS HEREBY ORDERED** that the defendant is detained.  Defendant is remanded to the custody of the Attorney General pending further proceedings in the District of New Mexico.

Date: August 14, 2024                                                   _____
                                                                                            RAY KENT
                                                                                            United States Magistrate Judge